UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Milavetz, Gallop & Milavetz, P.A.,
Robert J. Milavetz, Barbara N. Nevin,
John Doe, Mary Doe,

   Plaintiffs,        Civil No. 05-2626 (RHK/AJB)

vs.             **DISQUALIFICATION AND**
               **ORDER FOR REASSIGNMENT**

United States of America,

   Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 15, 2005

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge